Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Mr. I. B. Melville* for petitioners.

No. 434. MISSOURI PACIFIC TRANSPORTATION CO. ET AL. *v.* PARKER, ADMINISTRATOR, ET AL. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Wm. McCraw, W. J. Holt,* and *Steve Carrigan* for petitioners. *Mr. W. F. Denman* for respondents.

No. 435. CONTINENTAL CASUALTY Co. *v.* UNITED STATES. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Purnell M. Milner* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States.

No. 439. VAN RIPER *v.* UNITED STATES. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John S. Wise, Jr.* for petitioner. *Solicitor General Biddle* and *Messrs. Hugh A. Fisher, George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 440. ESTATE OF GUND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Claude M. Houchins* and *George R. Hunt* for petitioners. *Solicitor General Bid-*

dle, *Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *L. W. Post* for respondent.

No. 443. HARE ET AL. *v.* HENDERSON ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. D. Gordon* for petitioners. *Mr. E. J. Fountain* for respondents.

No. 450. SCHOMMER ET AL. *v.* WILKERSON, JUDGE, ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles P. Schwartz* for petitioners. *Messrs. James M. Sheean, J. F. Dammann, Henry F. Tenney,* and *William J. Froelich* for respondents.

No. 451. HARVEY *v.* CITY OF ST. PETERSBURG. November 12, 1940. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. C. I. Carey* for petitioner. *Mr. Erle B. Askew* for respondent.

No. 453. WEILL *v.* COMPAGNIE GENERALE TRANSATLANTIQUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David J. Colton* for petitioner. *Mr. Edgar R. Kraetzer* for respondent.

No. 454. UNITED STATES FOR THE USE AND BENEFIT OF LUCHINI ET AL. *v.* FERRO CONCRETE CONSTRUCTION CO.